| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>WILLIAM HAAS AND AKHLAQUR RAHMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>VERIZON NEW YORK, INC.<br><br>Defendant. | No. 13-cv-8130 (RA) (JLC) |

## NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE PURSUANT TO 29 U.S.C. § 216(b)

PLEASE TAKE NOTICE THAT Plaintiffs William Haas and Akhlaqur Rahman will move this Court, before the Honorable Ronnie Abrams, on a date and time to be determined by the Court, pursuant to 29 U.S.C. § 216(b), for an Order granting Plaintiffs' Motion for Conditional Certification and Notice. A memorandum of law and the Declaration of Kelly A. Magnuson, together with Exhibits, supports this motion and are filed contemporaneously herewith.

In accordance with the Court's Scheduling Order, Defendant Verizon New York, Inc. must serve any opposition papers on or before December 8, 2014, and Plaintiffs must serve any reply papers on or before December 22, 2014.

Dated: Great Neck, New York
       November 17, 2014

                                      Respectfully submitted,

                                      BORRELLI & ASSOCIATES, P.L.L.C.
                                      *Attorneys for Plaintiffs*
                                      1010 Northern Boulevard, Suite 328
                                      Great Neck, New York 11021
                                      Tel.   (516) 248–5550
                                      Fax.   (516) 248–6027

                              By:       s/Kelly A. Magnuson
                                        KELLY A. MAGNUSON, ESQ.